**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 1, 2013

No. 12-10486

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

DARREN LADELL WADE,

Defendant - Appellant

Appeal from the United States District Court
for the Northern District of Texas
U.S.D.C. 3:97-CR-159

Before OWEN, HAYNES, Circuit Judges, and LEMELLE,[*] District Judge.

PER CURIAM:[**]

Darren Ladell Wade, federal prisoner #29672-077, appeals the district court's denial of his 18 U.S.C. § 3582(c)(2) motion for a sentencing reduction based on Amendment 750 to the Sentencing Guidelines. On June 17, 2013, before this case was decided, Wade was released from federal custody. "Where a defendant has begun serving a term of supervised release, the appeal of the denial of his § 3582(c)(2) motion is moot." *United States v. Booker*, 645 F.3d 328

---

[*] District Judge of the Eastern District of Louisiana, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-10486

(5th Cir. 2011) (*citing United States v. Boston*, 419 F. App'x 505, 505–07 (5th Cir. 2011) (unpublished). Because Wade's appeal concerns only the term of his imprisonment, and makes no mention of his term of supervised release, his arguments pertain only to relief under § 3582(c)(2). Accordingly, we conclude, and the parties agree, that Wade's appeal must be DISMISSED AS MOOT.